UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAG. NO. 09-7045(ES) |
| | : | |
| v. | : | **ORDER SETTING CONDITIONS OF RELEASE** |
| SAMAD McCALLUM | : | |

**THIS MATTER** having been opened to the Court by the defendant, Samad McCallum, through his attorney, Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (Robert Frazer, Esq., Assistant United States Attorney appearing) and without the objection of Pre-Trial Services for an Order permitting Mr. McCallum to reside with his sister Ebony McCallum who will act as third party custodian and the Court having considered the matter and for good and sufficient cause shown;

**IT IS ON THIS**  31st  **DAY OF JANUARY, 2011;**

**ORDERED** that the previous bail be reinstated under the following conditions:

**ORDERED** that Defendant is permitted to reside with his sister Ebony McCallum with the approval and supervision of Pre-Trial Services; and it is further

**ORDERED** that Ebony McCallum shall act as the Third Party Custodian for Defendant; and it is further

**ORDERED** that Pre-Trial Services shall approve of any change in location of residence or change of the Third Party Custodian; and it is further

**ORDERED** that defendant shall participate in a drug treatment program at the direction of Pre-Trial Services; and it is further

**ORDERED** that the condition of home detention be modified to home incarceration:   Defendant is restricted to his residence under 24 hours lock-down except for medical necessities and court appearances, or other activities specifically approved by the court; and it is further

**ORDERED** that all other conditions of release heretofore imposed be and the same shall continue in full force and effect until further order of this court.

HONORABLE ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE

I hereby consent to the form
and entry of the within Order.

Robert Frazer, Esq.
Assistant U.S. Attorney

Michael N. Pedicini, Esq.
Attorney for Defendant,
Samad McCallum

TOTAL P.003